UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARCO CONSTRUCTION, INC., a Washington corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>BOINES CONSTRUCTION AND EQUIPMENT COMPANY, INC., a Louisiana corporation,<br><br>        Defendant. | NO. CV-05-0041-EFS<br><br>**ORDER DISMISSING ACTION PURSUANT TO THE PARTIES' STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Dismissal with Prejudice (Ct. Rec. 22). The above-described dismissal is without the award of fees or costs to any party. *Id.* Based on the parties' Stipulated Motion for Dismissal with Prejudice and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice **(Ct. Rec. 22)**, this action is **DISMISSED WITH PREJUDICE.**

2. All pending motions are **DENIED AS MOOT.**

///

///

ORDER * 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide a copy of the Order to counsel and **CLOSE THIS**
3 **FILE.**
4     **DATED** this ___30th___ day of October 2006.
5
6                     S/ Edward F. Shea
                       EDWARD F. SHEA
7                 United States District Judge
8
Q:\Civil\2005\0041.dismissal.wpd
9

ORDER * 2